IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Martinsburg Division

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 3:20-CR-46 |
| vs. : | |
| : | Chief Judge Gina M. Groh |
| MONROE MERRELL, : | |
| DAVID RAY SANFORD, JR., : | |
| JEFFREY CRAIG SMITH, JR., : | |
| Defendants. : | |
| : | |

**JOINT NOTICE TO COURT**

On January 30, 2024, this Honorable Court entered an order requiring the parties to file a Notice with three possible trial dates (Doc. 257). The parties have conferred and propose the following possible trial dates for a three-week trial:

1. September 16, 2024, through October 4, 2024
2. January 27, 2025, through February 14, 2025
3. February 3, 2025, through February 21, 2025[1]

Respectfully submitted,

| | |
|---|---|
| **MONROE MERRELL** | **UNITED STATES OF AMERICA** |
| By Counsel | By Counsel |
| | |
| s/ Bernadette M. Donovan | s/ Kimberley D. Crockett |
| | Assistant United States Attorneys |
| Bernadette M. Donovan | United States Attorney's Office |
| Virginia Bar No. 82054 | 217 West King Street, Suite 400 |
| Donovan & Engle, PLLC | Martinsburg, WV 25411 |
| 1134 East High Street, Unit A | Kimberley.D.Crockett@usdoj.gov |
| Charlottesville, VA 22902 | |
| Office 703-895-3846 | |
| Fax 434-465-6866 | |
| bernadette@donovanengle.com | |

---

[1] Counsel for Mr. Sanford is currently scheduled for trial in the Southern District of Florida from February 10, 2025, through March 10, 2025, but expects that date to be withdrawn.

1

Douglas Sughrue
West Virginia Bar No. 11452
429 Fourth Avenue, Suite 501
Pittsburgh, PA 15129
Office 412-391-1629
dsughrue@sughruelaw.com

*Counsel for Monroe Merrell*

Edward J. Ungvarsky
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
Office 571-207-9710
Fax 571-777-9933
ed@ungvarskylaw.com

James T. Kratovil
Kratovil Law Offices, PLLC
211 W. Washington Street
Charles Town, WV 25414
Pittsburgh, PA 15129
Office 304-728-7718
Fax 304-728-7720
kratovil@charlestownlaw.com

*Counsel for David Ray Sanford, Jr.*

Gary Proctor
Law Offices of Gary E. Proctor, LLC
8 East Mulberry Street
Baltimore, MD 21202
Office 410-444-1500
garyeproctor@gmail.com

Barry P. Beck
Power, Beck & Matzureff Law Offices
308 West Burke Street
Martinsburg, WV 25401
Office 304-264-8879
Fax 304-264-8585
bpbeck@frontier.com

*Counsel for Jeffrey Smith*

## CERTIFICATE OF SERVICE

      I, Douglas Sughrue, Esq., hereby certify that on February 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A Notice of Electronic Filing will be served on:

Kimberley D. Crockett
Jennie Conklin
Assistant United States Attorneys
United States Attorney's Office
217 West King Street, Suite 400
Martinsburg, WV 25411
Kimberley.D.Crockett@usdoj.gov
Jennie.Conklin@usdoj.gov

s/ Bernadette Donovan